# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, <br><br> Plaintiff(s) <br><br> v. <br><br> PEET'S COFFEE, INC., et al., <br><br> Defendant(s) | Case No. C 3:20-cv-00551-SI <br><br> NOTICE OF NEED FOR MEDIATION AND CERTIFICATION OF COUNSEL <br><br> (ADA ACCESS CASES) |

The undersigned counsel certify that the joint site inspection required by General Order No. 56 occurred on July 24, 2020. The following individuals were in attendance:

Tanya E. Moore, Esq., Attorney for Plaintiff, Michael Bluhm, (Plaintiff's CASp consultant), appeared in-person. M. Brett Burns, Esq., Attorney for Defendants, also inspected the site.

The undersigned counsel certify that the settlement meeting required by General Order No. 56 occurred on September 14, 2020. The following individuals were in attendance:

Tanya E. Moore, Esq., Attorney for Plaintiff, Plaintiff, Albert Dytch, M. Brett Burns, Esq., Attorney for Defendants, Michael Sullivan (Peet's Coffee) appeared via Zoom videoconferencing.

The parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Date: September 28, 2020

Signed: /s/ Tanya E. Moore
           Attorney for Plaintiff(s)

Signed: /s/ M. Brett Burns
           Attorney for Defendant(s)

Signed: _____
           Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Need for Mediation – ADA Access Cases Only"*

*Form GO 56-Notice of Need for Mediation and Certification of Counsel – rev. 01-2020*