Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Albert Dytch

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PEET'S COFFEE, INC.; KINDER CO., a California General Partnership;<br><br>　　　　Defendants. | No. 3:20-cv-00551-SI<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendants, Peet's Coffee, Inc. and Kinder Co., a California General Partnership, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: December 4, 2020     MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch

Dated: December 4, 2020     HUNTON ANDREWS KURTH LLP

*/s/ M. Brett Burns*
M. Brett Burns
Attorneys for Defendants,
Peet's Coffee, Inc. and Kinder Co.

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch